UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

) Civil Action Case Number

) 1:24-cv-05997
Judge Sara L. Ellis
) Magistrate Judge Heather K. McShain
RANDOM/ CAT 1

Faraud K. Muhammad

965 W. Dresser Road  Apt. 12

Dekalb, Illinois 60115

My mobile phone number: 1-815-733-0122

Plaintiff

**RECEIVED**

JUL 17 2024 MCP

Vs.

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Central Intelligence Agency

930 Madison Boulevard

McLean, VA 22201

Phone number: 1-703-482-0623

Defendant

Complaint

The defendant, Central Intelligence Agency came to be in violation of Title 21 Subpart B 312.20 Requirement of an Investigational New Drug when; various confidential informants to the CIA did not submit an IND to FDA and these various confidential informants to the CIA did intend to conduct a clinical investigation on me who is the plaintiff Faraud K Muhammad. In doing so while intending to conduct a clinical investigation on me who is the plaintiff Faraud K Muhammad by using an investigational new drug that is subject to section 312.2(a); these various confidential informants to the CIA did assassinate my character as a pedophile to all Rochelle Police Officers at The Rochelle Police department that is located at 416 N 6th Street in Rochelle, Illinois 61068, while at the same time viewing the 1999 video recording to all Rochelle Police Officers at the Rochelle Police department. Theses various confidential informants to the CIA did assassinate my character as a pedophile to all Rochelle police officers The Rochelle Police department that is located at 416 N 6th Street in Rochelle, Illinois 61068 with; intentions of being allowed inside secret CIA underground headquarters beneath Ogle County Jail that is located at 107 s fifth street in Oregon, Illinois 61061, in order to conduct a clinical investigation with a new drug that is subject to section 312.2(a). And it is that these various confidential informants to the CIA did only verbally assassinate my character as a pedophile with intentions of disturbing Rochelle police officers in order, to persuade Rochelle police officers to assist at having me who is the plaintiff Faraud K Muhammad wrongly apprehended on an old dismissed charge of criminal damage to property only, to allow me who is the plaintiff Faraud K Muhammad to be wrongly transported to Ogle County Jail that is located at 107 s fifth street in Oregon, Illinois 61061, thus intentionally allowing these various confidential informants to the CIA to conduct a clinical investigation on me who is the plaintiff Faraud K Muhammad by using an investigational new drug that is subject to section 312.2(a) . In doing so I was then wrongfully apprehended then wrongfully held at The Rochelle police department that is located at 416 N 6th street in Rochelle , Illinois 61068. Being said it is that Ogle County Sheriff Deputy Earney Hageajeu did wrongfully transport me who is the plaintiff Faraud K Muhammad to Ogle County Jail that is located at 107 s fifth street in Oregon, Illinois 61061. In doing so Ogle County Sheriff Deputy Earney Hageajeu then wrongfully detained me who is the plaintiff Faraud K Muhammad as an ogle county inmate inside of Ogle County Jail that is located at 107 s fifth street in Oregon, Illinois 61061, in order to allow these various confidential informants to the CIA to conduct a clinical investigation on me who is the plaintiff Faraud K Muhammad by using an investigational new drug that is subject to section 312.2(a).

These various confidential informants to the CIA did not submit an IND to FDA and these various confidential informants to the CIA did intend to conduct a clinical investigation with a new drug that is subject to section 312.2(a)

And it is that the 1999 video recording is only of me who is the plaintiff Faraud K Muhammad ; unbuckling my pants to quickly relieve myself from a flared condition of a sexually transmitted disease while at the same time ; a small child stood between my legs as, I was sitting upright on the sofa just after I was awoken from sleeping on the sofa.

Being said it is that the small child is the daughter of one of my former significant others whom I was residing with during that time. These various confidential informants to the CIA did hold private sessions with the mother of the small child about making me who is the plaintiff Faraud K Muhammad appear to be a pedophile by secretly recording interactions between the small child and me who is the plaintiff Faraud K Muhammad. In doing so the mother of the small child did accept millions of dollars from these various confidential informants to the CIA in order to allow these various confidential informants to the CIA to not only have private sessions with the small child ; but to also allow these various confidential informants to the CIA to secretly record me who is the plaintiff Faraud K Muhammad and the small child interacting together.

While intending to conduct a clinical investigation with an investigational new drug that is subject to section 312.2(a); these various confidential informants to the CIA did assassinate my character as a pedophile to a one Sgt Jennifer Ashley of Ogle County Jail that is located at 107 s fifth street in Oregon, Illinois 61061. While at the same time these various confidential informants to the CIA ; viewing the 1999 video recording to Sgt Jennifer Ashley of Ogle County Jail that is located at 107 s fifth street in Oregon, Illinois 61061. In doing so these various confidential informants to the CIA did assassinate my character as a pedophile with intentions of being allowed inside secret CIA underground headquarters beneath Ogle County Jail that is located at 107 s fifth street in Oregon, Illinois 61061. And it is that these various confidential informants to the CIA did only verbally assassinate my character as a pedophile with intentions of being allowed inside secret CIA underground headquarters beneath Ogle County Jail that is located at 107 s fifth street in Oregon, Illinois 61061, in order to conduct a clinical investigation on me who is the plaintiff Faraud K Muhammad by using an investigational new drug that is subject to section 312.2(a).

These various confidential informants to the CIA did not submit an IND to FDA and these various confidential informants to the CIA did intend to conduct a clinical investigation with a new drug that is subject to section 312.2(a).

Being said it is that these various confidential informants to the CIA did begin a clinical investigation subject to section 312.2(a). In doing so these various confidential informants to the CIA did have a one Sgt. Jennifer Ashley of Ogle County Jail that is located at 107 s fifth street in Oregon, Illinois 61061 isolate me who is the plaintiff Faraud K Muhammad ; apart from all other ogle county inmates of Ogle County Jail that is located at 107 s fifth street in Oregon, Illinois 61061. And it is that a one Jennifer Ashley of Ogle County Jail that is located at 107 s fifth street in Oregon, Illinois 61061did isolate me who is the plaintiff Faraud K Muhammad apart from all other ogle county inmates ; in order to allow me who is the plaintiff Faraud K Muhammad to unknowingly consume amounts of an investigational new drug that is subject to section 312.2(a) while eating meals/drink . In doing so I did uknowingly consume amounts of an investigational new drug that is subject to section 312.2(a) by way of eating and drinking during meal time as I was being wrongfully detained as an ogle county inmate at Ogle County Jail that is located at 107 s fifth street in Oregon, Illinois 61061.

These various confidential informants to the CIA did begin a clinical investigation subject to section 312.2(a) and the investigation was not subject to an IND which is in effect in accordance with section 312.40.

Some of these various confidential informants to the CIA did commute in secret from inside of a secret CIA underground headquarters beneath Ogle County Jail that is located at 107 s fifth street in Oregon, Illinois 61061 to; a secret CIA underground headquarters somewhere in Monterrey Mexico. In doing so these various confidential informants to the CIA did begin using the conductiveness of the investigational new drug that is subject to section 312.2(a) as well as, highly advanced technical equipment , in order to instantaneously intercept certain brainwave frequencies of mine and also my soundwave frequency, as my blood is induced with amounts of an investigational new drug that is subject to section 312.2(a) . While at the same time the other group of these same various confidential informants to the CIA were in possession of highly advanced microphones, speakers and intercoms while inside of a secret CIA underground headquarters beneath Ogle County Jail that is located at 107 s fifth street in Oregon, Illinois 61061; looking at the displayment onto the secret website that is of the certain brainwave frequencies of mine and also my soundwave frequency; specifically referring to the certain brainwave frequency of mine that is my conscious thoughts in english text, as my blood is induced with amounts of an investigational new drug that is subject to 312.2(a). Being said it is that these various confidential informants to the CIA were in search of any unusual history of pedophilia behavior while secretly observing the certain brainwave frequency of mine that is my everyday photographic memory since my childhood. In doing so the other group of these same various confidential informants to the CIA inside of a secret CIA underground headquarters beneath Ogle County Jail that is located at 107 s fifth street in Oregon, Illinois 61061; did begin verbally harassing me who is the plaintiff Faraud K Muhammad / verbally speaking to me who is the plaintiff Faraud K Muhammad in secret by way of electronic communication, as my blood is induced with amounts of an investigational new drug that is subject to section 312.2(a).

And it is that the certain brainwave frequencies of mine and also my soundwave frequency make up electronic communication that include:

My every day photographic memory since my childhood.

My unconscious thoughts in english text.

My conscious thoughts in english text.

My very own eyesight that is of absolutely everyone and absolutely everything that I look at with my eyes as if I was a human camcorder.

These various confidential informants to the CIA did not submit a separate IND for any clinical investigation involving an exception from informed consent under section 50.24 of this chapter.Such a clinical investigation is not permitted to proceed without the prior written authorization from FDA. FDA did not provide a written determination 30 days after FDA should have received the IND or earlier , but did not.

6-15

These various confidential informants to the CIA have been inside secret CIA underground headquarters beneath Ogle County Jail that is located at 107 s fifth street in Oregon, Illinois 61061; looking at the displayment onto the secret website that is of the certain brainwave frequencies of mine and also my soundwave frequency ; specifically referring to the certain brainwave frequency that is my very own eyesight that is of everyone and absolutely everything that I look at with my eyes as if I'm a human camcorder. While at the same time these various confidential informants to the CIA verbally harassing me who is the plaintiff Faraud K Muhammad /verbally speaking to me who is the plaintiff Faraud K Muhammad in secret by way of electronic communication, as my blood is induced with amounts of an investigational new drug that is subject to 312.2(a).

And it is that these various confidential informants to the CIA have been looking at me who is the plaintiff Faraud K Muhammad throughout the years by way of the secret website , as I did pursue federal lawsuits against these various confidential informants to the CIA.

In doing so I did attempt to have the secret website removed by way of the following United states federal courts that include:

Stanley J Roszkowski United States Courthouse that is located at 327 S Church Street in Rockford, Illinois 61101 during the year of 2009.

Elijiah Barrett Prettyman United States Courthouse that is located at 333 Constitution Avenue N.W. Washington, D.C. 20001 during the year of 2010.

Albert V Bryan United States Courthouse that is located at 401 Courthouse Square Alexandria , VA 22314 during the year of 2012.

Miami-Dade County Courthouse that is located at 73 W. Flagler Street Miami Florida 33130 during the year of 2017 -2018.

Everett Mckinley Dirksen United States Courthouse that is located at 219 S. Dearborn Street in Chicago, Illinois 60604 during the year of 2019-2020.

Being said it is that these various confidential informants to the CIA did steal my demand compensation from each of the previously named united states federal court , after assassinating my character as a pedophile , then secretly conspiring with the executive management of the previously named courts; to deprive me who is the plaintiff Faraud K Muhammad of my civil rights by dismissing my civil lawsuit then reopening it in secret from me who is the plaintiff Faraud K Muhammad .

After the past 20 years, these various confidential informants to the CIA have been looking at me who is the plaintiff Faraud K Muhammad as I've been trying to reestablish my mailing address. In doing so I've been also trying to receive my personal identification credentials and also my personal identification documents by way of the united states postal mail. Being said it is that these various confidential informants to the CIA did secretly steal the following personal identification credentials and the following personal identification credentials of mine on several occasions directly from my resident mailbox that is located at 965 W Dresser Road Apt. 12 Dekalb, Illinois 60115 ad also directly from the incoming /outgoing department at United States Post Office that is located at 600 E. Lincoln Highway Dekalb, Illinois 60115 that include:

My Department of Motor Vehicle state I.D. photo identification card.

My social security card

My birth certificate

My county birth rights

My voters registration card

And it is that these various confidential informants to the CIA did cause my social security card to be under investigation of Social Security Administration 790 Fletcher Dr Suite 100 Elgin, Il 60123, because these various confidential informants to the CIA did request my social security card on many occasions in secret thru the CIA.

In doing so it is that these various confidential informants to the CIA did commit identity theft and identity fraud against me who is the plaintiff Faraud K Muhammad in secret thru the CIA.

And it is that these various confidential informants to the CIA did not find any unusual history of pedophilia behavior while secretly observing the certain brainwave frequencies of mine and also my soundwave frequencies ; specifically referring to the certain brainwave frequency that is my every day photographic memory since my childhood, as my blood is induced with amounts of an investigational new drug that is subject to section 312.2(a). Being said it is that I am not a pedophile now was I ever a pedophile.

Some of these various confidential informants to the CIA have been intercepting these certain brainwave frequencies of mine and also my soundwave frequency ; every day of , every night of , every week of , every month of every year for the past 20 years since the year of 2004 while inside a secret CIA underground headquarters somewhere in Monterrey Mexico. While at the same time the other group of these same various confidential informants to the CIA who were in possession of highly advanced microphones, speakers and intercoms while inside of secret CIA underground headquarters beneath Ogle County Jail that is located inside of 107 s fifth street in Oregon, Illinois 61061; have been verbally harassing me who is the plaintiff Faraud K Muhammad /verbally speaking to me who is the plaintiff Faraud K Muhammad in secret by way of electronic communication every day of , every night of , every week of , every month of every year for the past 20 years since the year of 2004 , as my blood is induced with amounts of an investigational new drug that is subject to section 312.2(a). Being said it is that these various confidential informants to the CIA have been persistently and constantly verbally harassing me who is the plaintiff Faraud K Muhammad / verbally speaking to me who is the plaintiff Faraud K Muhammad in secret by way of electronic communication every day of , every night of , every week of , every month of every year for the past 20 years since the year of 2004 which is the reason why these various confidential informants to the CIA have been causing me who is the plaintiff Faraud K Muhammad; mental anguish and emotional distress. And it is that these various confidential informants to the CIA have been causing me who is the plaintiff Faraud K Muhammad mental anguish and emotional distress every day of , every night of , every week of , every month of every year for the past 20 years since the year of 2004.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago, Illinois 60604 is to hold a jury trial.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago, Illinois 60604 is to contact the Federal Bureau of Investigation and have the Federal Bureau of Investigations to immediately locate the secret website.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago, Illinois 60604 is to have the Federal Bureau of Investigations to immediately remove the secret website.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 s Dearborn Street in Chicago, Illinois 60604 is to issue to me who is the plaintiff Faraud K Muhammad; an original document that is a bank account holders certificate not only in my name Faraud K Muhammad but also in the amount of 1 (one ) million trillion platillion dollars. Being said it is that this amount is computable. The bank account holders certificate is from The Federal Reserve bank that is located at 230 S Lasalle Street in Chicago Illinois 60604. And it is that this bank account holders certificate is to be given directly to me who is the plaintiff Faraud K Muhammad from the clerks office that is located at 219 S Dearborn Street in Chicago Illinois Room 2064 in Chicago Illinois 60604 during court proceedings as business hours are taking place. This bank account holders certificate must be registered in my name Faraud K Muhammad at my new resident building mailing address that is located at 363 E. Wacker Dr in Chicago, Illinois 60601.

MY REQUEST TO EVERETT MCKINLEY DIRKSEN UNITED STATES COURTHOUSE THAT IS LOCATED AT 600 DEARBORN STREET IN CHICAGO ILLINOIS 60604 IS : DO NOT USE THE UNITED STATES POST OFFICE, FED EX, UPS OR ANY MAIL DELIVERY SERVICE, IN ORDER TO MAIL TO ME WHO IS THE PLAINTIFF FARAUD K MUHAMMAD ; MY DEMAND COMPENSATION OR WHAT IS THE BANK ACCOUNT HOLDERS CERTIFICATE.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago, Illinois 60604 is to issue to me who is the plaintiff Faraud K Muhammad an original document that is a bank verification letter in my name Faraud K Muhammad. Being said it is that the bank verification letter is from The Federal Reserve Bank of Chicago that is located at 230 S Lasalle Street in Chicago Illinois 60604.This bank verification letter must be registered in my name Faraud K Muhammad at my new resident building mailing address that is located at 363 E. Wacker Dr. in Chicago , Illinois 60601.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago, Illinois 60604 is to issue to me who is the plaintiff Faraud K Muhammad a debit card in my name Faraud K Muhammad  from The Federal Reserve Bank of Chicago that is located at 230 S Lasalle Street in Chicago, Illinois 60604.This debit card must be registered inmy name Faraud K Muhammad at my new resident building mailing address that is located at363 E. Wacker Dr. in Chicago , Illinois 60601.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Il 60604 is to issue to me who is the plaintiff Faraud K Muhammad; an original document of my birth certificate ( in color ) in my birth name Fard K Muhammad. This document must include: the name and address of the hospital where I was born, my birth mother, my birth father, the time I was born, the date I was born, my weight at birth & the name of my doctor who gave birth to me who is the plaintiff Faraud K Muhammad.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Il 60604 is to issue to me who is the plaintiff Faraud K Muhammad ; an original document that is my Cook county birth rights ( in color ) .

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Il 60604 is to issue to me who is the plaintiff Faraud K Muhammad; an original document that is my voters registration card. This document must be registered in my name Faraud K Muhammad at my new resident building mailing address that is located at 363 E. Wacker Dr in Chicago, Illinois 60601.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Il 60604 is to issue to me who is the plaintiff Faraud K Muhammad; an original document that is my social security card. This document must be registered in my name Faraud K Muhammad at my new resident building mailing address that is located at 363 E. Wacker Dr in Chicago Illinois 60601.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Il 60604 is to issue to me who is the plaintiff Faraud K Muhammad; an original document that is my report card from West Elementary School that is located at 240 Fair Street in Sycamore, Illinois 60178.This document must detail my birth name Fard K Muhammad.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Il 60604 is to issue to me who is the plaintiff Faraud K Muhammad; an original document that is my school transcripts from West Elementary School that is located at 240 Fair Street in Sycamore, Illinois 60178.This document must detail my birth name Fard K Muhammad.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Il 60604 is to issue to me who is the plaintiff Faraud Karriem Muhammad; an original document that is a certified court order of my name change from my birth name Fard Karriem Muhammad to my name Faraud Karriem Muhammad . ( This change was made by me who is the plaintiff Faraud Karriem Muhammad during my youth I the 1980's by way of a replacement social security card application . My name has been Faraud K Muhammad ever since. )

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Illinois 60604 is to issue to me who is the plaintiff Faraud K Muhammad ; all photo passport books. Being said it is that I'm referring to absolutely all photo passport books each to its own capital city within its own district, providence or region also each to its own country and or continent throughout the world. All of these photo passport books must be signed and dated by the most current 2024 year united states secretary of state for the united states department of state that is located at 2201 C Street NW Washington, D.C. 20451.These documents must be registered to my name Faraud K Muhammad at my new resident building mailing address that is located at 363 E. Wacker Dr Chicago Illinois 60601.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Illinois 60604 to permanently delete from all computer data bases within cook county in Chicago Illinois, all marriage certificates and all marriage permits under my name Faraud K Muhammad and or my birth name Fard K Muhammad ( other changed names included ). As I've never been married. Being said it is that I'm requesting to permanently delete from all computer data bases not only within cook county in Chicago Illinois but also within all counties within all states of the united states . This includes permanently deleting all marriage permits and marriage certificates also under my name Faraud K Muhammad and or my birth name Fard K Muhammad ( other changed names included ) within all countries and all continents throughout the world. As I've never been married.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Illinois 60604 to permanently delete from all computer data bases within cook county in Chicago Illinois, all wills and or all trust funds under my name Faraud K Muhammad and or my birth name Fard K Muhammad ( other changed names included ). As I've never been married. Being said it is that I'm requesting to permanently delete from all computer data bases not only within cook county in Chicago Illinois but also within all counties within all states of the united states ; all wills and or trust funds also under my name Faraud K Muhammad and or my birth name Fard K Muhammad ( other changed names included ) within all countries and all continents throughout the world. As I've never been married.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Illinois 60604 is to issue to me who is the plaintiff Faraud K Muhammad ;an original document that is a concealed carry permit to my brand new Glock 42 Subcompact firearm .380 Auto 6rounds.This document must be signed by the appropriate personnel. This document must be registered in my name Faraud K Muhammad at my new resident building that is located at 363 E. Wacker Dr Chicago Il 60601.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Illinois 60604 is to issue to me who is the plaintiff Faraud K Muhammad ;an original document that is a purchase invoice to my brand new Glock 42 Subcompact firearm .380 Auto 6rounds.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Illinois 60604 is to issue to me who is the plaintiff Faraud K Muhammad ;an original document that is a purchase invoice to my brand new large VIP safe deposit box at The Federal Reserve Bank of Chicago that is located at 230 S Lasalle Street in Chicago, Illinois 60604. This documents must be registered to my name Faraud K Muhammad at my new resident building mailing address that is located at 363 E. Wacker Dr Chicago Illinois 60601.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Illinois 60604 is to issue to me who is the plaintiff Faraud K Muhammad ;an original document that is a one owner deed of ownership to my brand new large VIP safe deposit box at The Federal Reserve Bank of Chicago that is located at 230 S Lasalle Street in Chicago, Illinois 60604. This documents must be registered to my name Faraud K Muhammad at my new resident building mailing address that is located at 363 E. Wacker Dr Chicago Illinois 60601.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Illinois 60604 is to issue to me who is the plaintiff Faraud K Muhammad ; an original document that is a one owner deed of ownership to my brand new resident building that is located at 363 E. Wacker Dr. Chicago, Illinois 60601.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Illinois 60604 is to issue to me who is the plaintiff Faraud K Muhammad ; an original document that is a purchase invoice to my brand new resident building that is located at 363 E. Wacker Dr. Chicago, Illinois 60601.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Illinois 60604 is to issue to me who is the plaintiff Faraud K Muhammad ; an original document that is a purchase invoice to the land acreage property that is to my brand new resident building that is located at 363 E. Wacker Dr. Chicago, Illinois 60601.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago Illinois 60604 is to issue to me who is the plaintiff Faraud K Muhammad ; an original document that is a one owner deed of ownership to the land acreage property that is to my brand new resident building that is located at 363 E. Wacker Dr. Chicago, Illinois 60601.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago, Illinois 60604 is to so kindly ask the defendant, Central Intelligence Agency to allow me who is the plaintiff Faraud K Muhammad to sign secret documents, thus conforming me who is the plaintiff Faraud K Muhammad to the CIA as a secret CIA agent for Central Intelligence Agency.

My request to Everett Mckinley Dirksen United States Courthouse that is located at 219 S Dearborn Street in Chicago, Illinois 60604 is to so kindly ask the defendant, Central Intelligence Agency to retrieve and issue these previously named documents and credentials to me who is the plaintiff Faraud K Muhammad in an envelope.

Faraud K Muhammad

965 W. Dresser Road Apt. 12

Dekalb, Illinois 60115

My mobile phone number : 1-815-733-0122

Plaintiff in pro se

July 16, 2024 date

Faraud K Muhammad

*Faraud Muhammad* (signature)

965 W. Dresser Rd. Apt 12

Dekalb, Illinois 60115

My mobile phone number : 815 733 0122

plaintiff in pro se

15-15